

NUMBER 13-09-00503-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN THE INTEREST OF C. A. W. P. AND Z. J. W. P., MINOR CHILDREN

---

**On Appeal from the County Court at Law No. 5
of Hidalgo County, Texas.**

---

# MEMORANDUM OPINION

**Before Justices Yañez, Benavides, and Vela
Memorandum Opinion Per Curiam**

Appellant, William Hayes Wyttenbach, attempts to appeal an order of contempt for failure to pay child support, granting judgment for arrearages, and suspending commitment and order modifying prior order entered against him on August 4, 2009. Appellate courts have jurisdiction over appeals from final judgments and specific types of interlocutory orders designated by the legislature as appealable. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *see, e.g.,* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014 (Vernon Supp. 2003). A judgment is final and appealable if it disposes of all parties and

all issues. *Lehmann*, 39 S.W.2d at 195. Without affirmative statutory authority to hear an interlocutory appeal, this court is without jurisdiction. *Id.*

The order issued by the trial court was not a final, appealable judgment. Additionally, the order held appellant in contempt and this court does not have jurisdiction to review contempt orders by direct appeal. *See Norman v. Norman*, 692 S.W.2d 655, 655 (Tex. 1985); *Tracy v. Tracy*, 219 S.W.3d 527, 530 (Tex. App.–Dallas 2007, no pet.). Contempt orders may be reviewed only by an application for a writ of habeas corpus, if the contemnor has been confined, or by a petition for a writ of mandamus, if the contemnor has not been confined. *See Rosser v. Squier*, 902 S.W.2d 962, 962 (Tex. 1995); *Ex parte Williams*, 690 S.W.2d 243, 243 (Tex. 1985); *Tracy*, 219 S.W.3d at 290.

The Court, having examined and fully considered the documents on file, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is hereby DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a), (c).

PER CURIAM

Delivered and filed the 29th
day of December, 2009.

2